IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MISTY A. RUPERT                                                                                    PLAINTIFF

v.                                       CIVIL NO. 20-cv-3060

ANDREW SAUL, Commissioner                                                                DEFENDANT
Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion dated July 7, 2021, the Court hereby reverses the decision of the Commissioner and remands this case for further consideration pursuant to sentence four of 42 U.S.C. §405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended. See Shalala v. Schaefer, 509 U.S. 292, 296, 113 S.C. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED this 7th day of July 2021.**

                                                          /s/ *Christy Comstock*
                                                          HON. CHRISTY COMSTOCK
                                                          UNITED STATES MAGISTRATE JUDGE